| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Mario Francis Magnotta** <br> First Name   Middle Name   Last Name |
| Debtor 2 <br> (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number <br> (if known) | 22-11824 |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets** <br> Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................   $ **0.00**
   
   1b. Copy line 62, Total personal property, from Schedule A/B....................................................   $ **20,927.60**
   
   1c. Copy line 63, Total of all property on Schedule A/B.............................................................   $ **20,927.60**

### Part 2: Summarize Your Liabilities

**Your liabilities** <br> Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) <br>
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $ **46,711.41**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) <br>
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...*   $ **0.00**
   
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...*   $ **250,911.44**

**Your total liabilities**   $ **297,622.85**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I) <br>
   Copy your combined monthly income from line 12 of *Schedule I...*   $ **1,725.19**

5. *Schedule J: Your Expenses* (Official Form 106J) <br>
   Copy your monthly expenses from line 22c of *Schedule J...*   $ **2,049.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   
   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to

| Debtor 1 | Mario Francis Magnotta | Case number *(if known)* 22-11824 |
|---|---|---|

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ 5,254.25

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 217,335.71 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 217,335.71 |