**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mario Francis Magnotta          CHAPTER 13
                 Debtor(s)

                                       BKY. NO. 22-11824 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of THE MONEY SOURCE and index same on the master mailing list.

                                             Respectfully submitted,

                                       /s/ *Michael Farrington*
                                       Michael Farrington
                                       09 Dec 2022, 12:30:08, EST

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322