**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mario Francis Magnotta       CHAPTER

<u>Debtor(s)</u>

BKY. NO. 22-11824ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

            Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
03 Feb 2023, 17:16:52, EST

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322

Document ID: 59a0f0252e01514d90fda63a79215f383414e0cc665429fde64665a09fcd5c06