**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Mario F. Magnotta,** | : | Chapter 13 |
| | : | |
| **Debtor.** | : | Bky. No. 22-11824 PMM |

## **O R D E R**

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held held in this matter on March 28, 2023,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

Date: March 28, 2023

_____
**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**