# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

    MARIO FRANCIS MAGNOTTA     Bankruptcy No. 22-11824-PMM

    1300 SHADYSIDE ROAD

    DOWNINGTOWN, PA 19335-3809

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARIO FRANCIS MAGNOTTA

    1300 SHADYSIDE ROAD

    DOWNINGTOWN, PA 19335-3809

**Counsel for debtor(s), by electronic notice only.**
    CHRISTOPHER CONSTANTINE CARR
    LAW OFFICES OF CHRISTOPHER CONSTANTINE C
    3240 TYNING LANE
    DOWNINGTOWN, PA 19335-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 3/30/2023             /s/ Kenneth E. West

                                             Kenneth E. West, Esquire
                                             Chapter 13 Standing Trustee