**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mario F. Magnotta | : CHAPTER 13 |
| | : BANKRUPTCY NO. 22-11824 PMM |
| PMM Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 06/20/2023 at 1:00 PM before the Hon. Patricia M. Mayer

Respectfully submitted,

Date: April 28, 2023

/s/Jack K. Miller, Esquire for
Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA  19105