United States Bankruptcy Court

Eastern District of Pennsylvania

In re:          Case No. 22-11824-pmm

Mario Francis Magnotta          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Apr 28, 2023      Form ID: 152      Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mario Francis Magnotta, 1300 Shadyside Road, Downingtown, PA 19335-3809 |
| 14712841 | | Blackbaud Tuiton Management, P.O. Box 11731, Newark, NJ 07101-4731 |
| 14712843 | | Carosella and Associates, 882 S. Matlock Street, Suite 101, West Chester, PA 19382-4503 |
| 14712847 | | Executive Office Link, 5 Great Valley Parkway, Suite 210, Malvern, PA 19355-1426 |
| 14712848 | # | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14712849 | | Joe Finley, 714 South Chester Avenue, Delran, NJ 08075-4109 |
| 14754487 | + | MIDFIRST BANK, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14722166 | + | MacElree Harvey,Ltd., 17 West Miner Street, West Chester PA 19382-3213 |
| 14712850 | | MacElree, LTD, 17 West Minor Street, P.O. Box 660, West Chester, PA 19381-0660 |
| 14712851 | | Midquas Fire Department, P.O. 726, New Cumberland, PA 17070-0726 |
| 14714105 | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esq., JSDC Law Offices, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 14714007 | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300 Hershey, PA 17033-1320 |
| 14712856 | | Sean Andrew Murphy, Attorney at Law, 340 North Lansdowne Avenue, Lansdowne, PA 19050-1018 |
| 14716168 | + | Sean Murphy,Esquire, 340 North Lansdowne Ave, Lansdowne PA 19050-1018 |
| 14741842 | + | The Money Source, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 28 2023 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2023 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14712844 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2023 23:49:54 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14712846 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 28 2023 23:49:40 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14712845 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 29 2023 00:00:22 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14712852 | | Email/Text: ahull@midwestfidelity.com | Apr 28 2023 23:50:00 | Midwest Fidelity Service, 103 S. Main Street, Ottawa, KS 66067-2327 |
| 14712855 | | Email/PDF: cbp@onemainfinancial.com | | |

Case 22-11824-pmm    Doc 63    Filed 04/30/23    Entered 05/01/23 00:31:47    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: 152 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 28 2023 23:49:54 | One Main Financial, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14712854 | + | Email/PDF: cbp@onemainfinancial.com | Apr 29 2023 00:00:22 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14712853 | | Email/PDF: cbp@onemainfinancial.com | Apr 28 2023 23:50:01 | One Main Financial, 3913 Lincilln Highway, Suite U, Downingtown, PA 19335-5502 |
| 14721378 | + | Email/PDF: cbp@onemainfinancial.com | Apr 29 2023 00:00:22 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14741672 | ^ | MEBN | Apr 28 2023 23:46:08 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712857 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 28 2023 23:50:00 | Toyota Motor Corporation, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 14720269 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 28 2023 23:50:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14712858 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 28 2023 23:50:00 | Toyota Motor Credit Corporation, 240 Gibraltar Road, Horsham, PA 19044-2387 |
| 14719822 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2023 23:49:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14720094 | | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2023 23:49:54 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14712859 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2023 23:50:00 | Verizon Maryland Incorporated, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 14712860 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2023 23:50:00 | Verizon Wireless, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712842 | ##+ | Capital One, 7601 Penn Avenue South, Minneapolis, MN 55423-5003 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: 152 | Total Noticed: 33 |

CHRISTOPHER CONSTANTINE CARR
          on behalf of Debtor Mario Francis Magnotta cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com

KENNETH E. WEST
          ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KIMBERLY A. BONNER
          on behalf of Attorney Minquas Fire Company #2 kab@jsdc.com jnr@jsdc.com

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mario Francis Magnotta
    Debtor(s)

Case No: 22−11824−pmm

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 6/20/23 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

62 − 60
Form 152