IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re, | Bankruptcy No. 22-11824-pmm |
|---|---|
| MARIO FRANCIS MAGNOTTA, | Chapter 13 |
| Debtor, | Document No. |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| MARIO FRANCIS MAGNOTTA, and KENNETH E. WEST Trustee, Respondents. | |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 22, 2023, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| Mario Francis Magnotta<br>1300 Shadyside Road<br>Downingtown, PA 19335-3809 | Christopher Constantine Carr<br>3240 Tyning Lane<br>Downingtown, PA 19335 |
|---|---|
| Kenneth E. West<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

    By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Toyota Motor Credit Corporation*

Dated: May 22, 2023