IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> MARIO FRANCIS MAGNOTTA, <br><br>    Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>    Movant, <br><br>            v. <br><br> MARIO FRANCIS MAGNOTTA, and <br> KENNETH E. WEST Trustee, <br>    Respondents. | Bankruptcy No. 22-11824-pmm <br><br> Chapter 13 <br><br> Document No. 64 |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 64 )

    The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 64 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than June 7, 2023.

    It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

    Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Counsel for Toyota Motor Credit Corporation

Dated: June 8, 2023