IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br><br>  Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>  Movant,<br><br>    v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>  Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this 9th day of June, 2023, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2021 Toyota Prius Liftback 5D LE AWD, VIN# JTDL9MFU6M3022612.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

*Patricia M. Mayer*

Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge