IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>    Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13<br><br>Document No. 72 |

ORDER OF COURT

AND NOW, this __12th__ day of __June__, 2023, upon consideration of the foregoing Praecipe to Withdraw the Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Order dated June 9, 2023 granting relief from stay to Movant with respect to the 2021 Toyota Prius Liftback 5D LE AWD, VIN# JTDL9MFU6M3022612 and found at Document No. 72 is vacated and the Motion for Relief from Stay filed on behalf of Toyota Motor Credit Corporation on May 22, 2023 at Document No. 64 is withdrawn.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge