United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11824-pmm

Mario Francis Magnotta     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jun 12, 2023     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mario Francis Magnotta, 1300 Shadyside Road, Downingtown, PA 19335-3809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Mario Francis Magnotta cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| KIMBERLY A. BONNER | on behalf of Attorney Minquas Fire Company #2 kab@jsdc.com  jnr@jsdc.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 12, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br><br>   Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>   Movant,<br><br>       v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>   Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13<br><br>Document No. 72 |

## ORDER OF COURT

AND NOW, this __12th__ day of __June__, 2023, upon consideration of the foregoing Praecipe to Withdraw the Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Order dated June 9, 2023 granting relief from stay to Movant with respect to the 2021 Toyota Prius Liftback 5D LE AWD, VIN# JTDL9MFU6M3022612 and found at Document No. 72 is vacated and the Motion for Relief from Stay filed on behalf of Toyota Motor Credit Corporation on May 22, 2023 at Document No. 64 is withdrawn.

BY THE COURT:

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge