United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 22-11824-pmm

Mario Francis Magnotta                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mario Francis Magnotta, 1300 Shadyside Road, Downingtown, PA 19335-3809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Mario Francis Magnotta cccarresq@aol.com  loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| KIMBERLY A. BONNER | on behalf of Attorney Minquas Fire Company #2 kab@jsdc.com  jnr@jsdc.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Mario Francis Magnotta | CHAPTER 13 |
|           Debtor(s) | |
| MIDFIRST BANK | |
|           Movant | |
|      vs. | NO. 22-11824 PMM |
| Mario Francis Magnotta | |
|           Debtor(s) | |
| Brian J Wentz | |
|           Co-Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Kenneth E. West | |
|           Trustee | |

## <u>ORDER</u>

      AND NOW, this 7th day of August, 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

      ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 and 1301 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay of Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 1300 Shadyside Road, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge.