# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MARIO FRANCIS MAGNOTTA | CASE NUMBER: 22-11824-AMC |
| DEBTOR | |

## CERTIFICATE OF SERVICE

I, Christopher Carr, Counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by ECF/electronic mail or first-class United States mail, postage prepaid, a true and correct copy of The Debtor's Amended Chapter 13 Plan by ECF/electronic mailing addresses
or by USPS.

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system the addresses listed below:

UNITED STATES TRUSTEE
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

Blackbaud Tuition Management
P.O. Box 11731
Newark, NJ 07101-4731

Capital One
7601 Penn Avenue South
Minneapolis, MN 55423-8500

Carosella and Associates
882 S. Matlock Street

Suite 101
West Chester, PA 19382-4503


Credit One Bank
6801 S. Cimarron Road
Las Vegas, NV 89113-2273

Credit One Bank
P.O. Box 98875
Las Vegas, NV 89193-8873

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193-8872

Executive Office Link
5 Great Valley Parkway
Suite 210
Malvern, PA 19355-1426

Federal Loan Servicing
PO Box 69184
Harrisburg, PA 17106-9184

Joe Finley
714 South Chester Avenue
Delran, NJ 08075-4109

MacElree, LTD
17 West Minor Street
P.O. Box 660
West Chester, PA 19381-0660

Midquas Fire Department
P.O. 726
New Cumberland, PA 17070-0726

Midwest Fidelity Service
103 S. Main Street
Ottawa, KS 66067-2327

One Main Financial
3913 Linciln Highway

Suite U
Downingtown, PA 19335-5502

One Main Financial
P.O. Box 1010
Evansville, IN 47708-1010

One Main Financial
100 International Drive
15th Floor
Baltimore, MD 21202-4784

Sean Andrew Murphy, Attorney at Law
340 North Lansdowne Avenue
Lansdowne, PA 19050-1018

Toyota Motor Corporation
P.O. Box 9786
Cedar Rapids, IA 52409-9786

Toyota Motor Credit Corporation
240 Gibraltar Road
Horsham, PA 19044-2334

Verizon Maryland Incorporated
500 Technology Drive
Suite 300
Weldon Spring, MO 63304-2225

Verizon Wireless
P.O. Box 650584
Dallas, TX 75265-0584
.


Date:  October 8, 2023

Esquire

Christopher Constantine Carr,

PA Attorney #46249

> 3240 Tyning Lane
>
> Downingtown, PA  19335
>
> Phone:  610.380.7969
>
> Fax:  888.503.3513
>
> E-Mail:  cccarresq@aol.com

7