United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mario Francis Magnotta  
    Debtor

Case No. 22-11824-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 28, 2024      Form ID: 155      Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mario Francis Magnotta, 1300 Shadyside Road, Downingtown, PA 19335-3809 |
| 14712841 | | Blackbaud Tuiton Management, P.O. Box 11731, Newark, NJ 07101-4731 |
| 14712843 | | Carosella and Associates, 882 S. Matlock Street, Suite 101, West Chester, PA 19382-4503 |
| 14712847 | | Executive Office Link, 5 Great Valley Parkway, Suite 210, Malvern, PA 19355-1426 |
| 14712848 | | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14712849 | | Joe Finley, 714 South Chester Avenue, Delran, NJ 08075-4109 |
| 14754487 | + | MIDFIRST BANK, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14722166 | + | MacElree Harvey,Ltd., 17 West Miner Street, West Chester PA 19382-3213 |
| 14712850 | | MacElree, LTD, 17 West Minor Street, P.O. Box 660, West Chester, PA 19381-0660 |
| 14712851 | | Midquas Fire Department, P.O. 726, New Cumberland, PA 17070-0726 |
| 14714105 | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esq., JSDC Law Offices, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 14714007 | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300 Hershey, PA 17033-1320 |
| 14712856 | | Sean Andrew Murphy, Attorney at Law, 340 North Lansdowne Avenue, Lansdowne, PA 19050-1018 |
| 14716168 | + | Sean Murphy,Esquire, 340 North Lansdowne Ave, Lansdowne PA 19050-1018 |
| 14741842 | + | The Money Source, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14712844 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 00:38:52 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14712846 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 00:39:12 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14712845 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 29 2024 00:38:56 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14712852 | | Email/Text: ahull@midwestfidelity.com | Feb 29 2024 00:27:00 | Midwest Fidelity Service, 103 S. Main Street, Ottawa, KS 66067-2327 |
| 14712855 | | Email/PDF: cbp@omf.com | Feb 29 2024 00:51:36 | One Main Financial, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14712854 | + | Email/PDF: cbp@omf.com | Feb 29 2024 00:39:47 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14712853 | | Email/PDF: cbp@omf.com | Feb 29 2024 00:40:03 | One Main Financial, 3913 Linciln Highway, Suite U, Downingtown, PA 19335-5502 |
| 14721378 | + | Email/PDF: cbp@omf.com | Feb 29 2024 00:39:30 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

Case 22-11824-pmm   Doc 100   Filed 03/01/24   Entered 03/02/24 00:33:44   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 155 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14741672 | ^ | MEBN | Feb 29 2024 00:24:54 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712857 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 29 2024 00:27:00 | Toyota Motor Corporation, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 14720269 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 29 2024 00:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14712858 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 29 2024 00:27:00 | Toyota Motor Credit Corporation, 240 Gibraltar Road, Horsham, PA 19044-2387 |
| 14719822 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:39:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14720094 |   | Email/PDF: ebn_ais@aisinfo.com | Feb 29 2024 00:40:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14712859 |   | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 29 2024 00:27:00 | Verizon Maryland Incorporated, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 14712860 |   | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 29 2024 00:27:00 | Verizon Wireless, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712842 | ##+ | Capital One, 7601 Penn Avenue South, Minneapolis, MN 55423-5003 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2024          Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Mario Francis Magnotta cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: 155 | Total Noticed: 31 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

KIMBERLY A. BONNER
    on behalf of Attorney Minquas Fire Company #2 kab@jsdc.com  jnr@jsdc.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor THE MONEY SOURCE mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Mario Francis Magnotta  )  Case No. 22−11824−pmm
  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 28, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court