IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>    Movant,<br><br>        v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>    Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13 |

**PRAECIPE TO WITHDRAW MOVANT'S CERTIFICATE OF NO OBJECTION OR RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE CLERK OF COURTS:

    Kindly withdraw the *Movant's Certificate of No Objection or Response to Motion for Relief from the Automatic Stay* filed on behalf of Toyota Motor Credit Corporation on May 10, 2024, at Document No. 104.

Dated: May 16, 2024

                                                        Respectfully submitted,

                                                        By: /s/ Keri P. Ebeck
                                                        Keri P. Ebeck
                                                        PA I.D. # 91298
                                                        kebeck@bernsteinlaw.com
                                                        601 Grant Street, 9th Floor
                                                        Pittsburgh, PA 15219
                                                        412-456-8112
                                                        Fax: 412-456-8135