## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Mario Francis Magnotta,**          :          Chapter 13
                                                               :
        **Debtor**                                  :
                                                               :          Case No.   22-11824-pmm
                                                               :
                                                               :

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

        **AND NOW, upon consideration of the Motion for Relief from Stay (doc. #101, the
"Motion"), seeking relief pursuant to 11 U.S.C. §362 ;**

        **AND, the parties having reported the matter settled with a stipulation
memorializing the settlement agreement to be filed with the Court within thirty (30)
days ("the Stipulation");**

        **It is hereby ORDERED that:**

1.  **On or before August 9, 2024, the parties shall either file the Stipulation or file a notice
    relisting the Motion for hearing.**

2.  **Failure to comply timely with Paragraph 1 above, may result in denial of the Motion
    without further notice or hearing.**

07/10/2024                                    _Patricia M. Mayer_
                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**