IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br>      Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>      Movant,<br><br>v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>      Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13 |

## PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Motor Credit Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1.      On April 21, 2024, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 101.

2.      On April 21, 2024, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for May 22, 2024, and eventually adjourned to July 10, 2024.

3.      On July 10, 2024, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

## RELIEF REQUESTED

4.      Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for September 11, 2024, at 1:00 p.m.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Toyota Motor Credit Corporation*

Dated: August 12, 2024