IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>    Movant,<br><br>           v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>    Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13 |

## NOTICE OF HEARING DATE

    Toyota Motor Credit Corporation has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on April 21, 2024, at Docket No. 101.

    A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Patricia M. Mayers on **September 11, 2024, at 1:00 P.M.** in Courtroom **#1**, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

                                            Respectfully submitted,

                                            BERNSTEIN-BURKLEY, P.C.
                                            By: /s/ Keri P. Ebeck
                                            Keri P. Ebeck, Esq.
                                            PA I.D. #91298
                                            kebeck@bernsteinlaw.com
                                            601 Grant Street, 9th Floor
                                            Pittsburgh, PA 15219
                                            Phone (412) 456-8112

                                            *Counsel for Toyota Motor Credit Corporation*