IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 22-11824-pmm |
| MARIO FRANCIS MAGNOTTA, | Chapter 13 |
|    Debtor, | |
| TOYOTA MOTOR CREDIT CORPORATION, | |
|    Movant, | |
|         v. | |
| MARIO FRANCIS MAGNOTTA, and KENNETH E. WEST Trustee, | |
|    Respondents. | |

## ORDER OF COURT

AND NOW, this 12th day of September, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2021 Toyota Prius, VIN# JTDL9MFU6M3022612.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge