United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11824-pmm |
|---|---|
| Mario Francis Magnotta | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 13, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mario Francis Magnotta, 1300 Shadyside Road, Downingtown, PA 19335-3809 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14720269 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 13 2024 23:53:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Mario Francis Magnotta cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2024 | Form ID: pdf900 | Total Noticed: 2 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KIMBERLY A. BONNER
    on behalf of Attorney Minquas Fire Company #2 kab@jsdc.com  jnr@jsdc.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>MARIO FRANCIS MAGNOTTA,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>        v.<br><br>MARIO FRANCIS MAGNOTTA, and<br>KENNETH E. WEST Trustee,<br>    Respondents. | Bankruptcy No. 22-11824-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 12th day of September, 2024, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

    a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2021 Toyota Prius, VIN# JTDL9MFU6M3022612.

    b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

*Patricia M. Mayer*

_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge