United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11824-pmm |
|---|---|
| Mario Francis Magnotta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mario Francis Magnotta, 1300 Shadyside Road, Downingtown, PA 19335-3809 |
| aty | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esq., 11 E. Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 14712841 | | Blackbaud Tuiton Management, P.O. Box 11731, Newark, NJ 07101-4731 |
| 14712843 | | Carosella and Associates, 882 S. Matlock Street, Suite 101, West Chester, PA 19382-4503 |
| 14712847 | | Executive Office Link, 5 Great Valley Parkway, Suite 210, Malvern, PA 19355-1426 |
| 14712848 | | Federal Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14712849 | | Joe Finley, 714 South Chester Avenue, Delran, NJ 08075-4109 |
| 14754487 | + | MIDFIRST BANK, c/o MICHAEL FARRINGTON, ESQ., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14722166 | + | MacElree Harvey,Ltd., 17 West Miner Street, West Chester PA 19382-3213 |
| 14712850 | | MacElree, LTD, 17 West Minor Street, P.O. Box 660, West Chester, PA 19381-0660 |
| 14712851 | | Midquas Fire Department, P.O. 726, New Cumberland, PA 17070-0726 |
| 14714105 | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esq., JSDC Law Offices, 11 E Chocolate Avenue, Suite 300, Hershey, PA 17033-1320 |
| 14714007 | + | Minquas Fire Company #2, c/o Kimberly A. Bonner, Esquire, JSDC Law Offices, 11 E. Chocolate Avenue, Suite 300 Hershey, PA 17033-1320 |
| 14712856 | | Sean Andrew Murphy, Attorney at Law, 340 North Lansdowne Avenue, Lansdowne, PA 19050-1018 |
| 14716168 | + | Sean Murphy,Esquire, 340 North Lansdowne Ave, Lansdowne PA 19050-1018 |
| 14741842 | + | The Money Source, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 22 2024 23:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 22 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Oct 22 2024 23:41:48 | MIDFIRST BANK, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14712844 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2024 23:59:29 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 14712846 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2024 23:59:29 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 14712845 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2024 23:59:29 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 14712852 | | Email/Text: ahull@midwestfidelity.com | Oct 22 2024 23:48:00 | Midwest Fidelity Service, 103 S. Main Street, |

| | | | |
|---|---|---|---|
| District/off: 0313-2 | | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 22, 2024 | | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ottawa, KS 66067-2327 |
| 14712855 | | Email/PDF: cbp@omf.com | Oct 22 2024 23:59:59 | One Main Financial, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14712854 | + | Email/PDF: cbp@omf.com | Oct 22 2024 23:58:48 | One Main Financial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 14712853 | | Email/PDF: cbp@omf.com | Oct 22 2024 23:58:46 | One Main Financial, 3913 Linciln Highway, Suite U, Downingtown, PA 19335-5502 |
| 14721378 | + | Email/PDF: cbp@omf.com | Oct 22 2024 23:58:53 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14741672 | ^ | MEBN | Oct 22 2024 23:41:47 | THE MONEY SOURCE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712857 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 22 2024 23:48:00 | Toyota Motor Corporation, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 14720269 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 22 2024 23:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14712858 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 22 2024 23:48:00 | Toyota Motor Credit Corporation, 240 Gibraltar Road, Horsham, PA 19044-2387 |
| 14719822 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 23:58:53 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14720094 | | Email/PDF: ebn_ais@aisinfo.com | Oct 22 2024 23:59:34 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14712859 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 22 2024 23:48:00 | Verizon Maryland Incorporated, 500 Technology Drive, Suite 300, Weldon Spring, MO 63304-2225 |
| 14712860 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 22 2024 23:48:00 | Verizon Wireless, P.O. Box 650584, Dallas, TX 75265-0584 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712842 | ##+ | Capital One, 7601 Penn Avenue South, Minneapolis, MN 55423-5003 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 24, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 22, 2024 | Form ID: pdf900 | Total Noticed: 35

**below:**

| **Name** | **Email Address** |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Mario Francis Magnotta cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE MONEY SOURCE bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KIMBERLY A. BONNER | on behalf of Attorney Minquas Fire Company #2 kab@jsdc.com jnr@jsdc.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    MARIO FRANCIS MAGNOTTA<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 22-11824-PMM |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 22, 2024**

_____
Honorable Patricia M. Mayer
Bankruptcy Judge